IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>OPTION ONE MORTGAGE<br>CORPORATION, UNITED PARTNERS<br>GROUP, and DOES 1 through 100,<br><br>    Defendants.<br>_____/ | Case No. 2:09-cv-01078-JAM-EFB<br><br><u>ORDER GRANTING DEFENDANTS'<br>     MOTION TO DISMISS</u> |

　　　This matter comes before the Court on Defendant Sand Canyon Corporation's f/k/a Option One Mortgage Corporation ("Defendant's")Motion to Dismiss Plaintiff Ignacio Sanchez's ("Plaintiff's") Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). Docket #15. Plaintiff does not oppose the motion. After carefully considering the papers submitted in this matter, it is hereby

1

ordered that the Motion to Dismiss pursuant to Rule 12(b)(6) is GRANTED WITH PREJUDICE.[1]

IT IS SO ORDERED.

Dated: September 30, 2009

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 78-230(h).

2